E-Filed: **9/30/2008**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Independent Taxi Owners Association** | CASE NO.: |
| Plaintiff, | CV 08-5199-GHK (AGRx) |
| v. | JUDGMENT |
| **Public Livery Insurance Services, Inc., et al.** | |
| Defendants. | |

On September 12, 2009, Plaintiff filed a Notice of Dismissal pursuant to F.R.C.P. 41a(1) as to Defendant Public Livery Insurance Services Inc. Pursuant to that Notice of Dismissal, as well as our September 30, 2008, Order Re: Defendant R.J. Kiln Co. Ltd.'s (erroneously sued as Lloyds) Motion to Dismiss For Failure to State A Claim Upon Which Relief Can Be Granted Pursuant to Rule 12(b)(6), **IT IS HEREBY ADJUDGED AND DECREED** that this action is dismissed with prejudice. Plaintiff shall take nothing by the complaint from either Defendant.

**IT IS SO ORDERED**.

DATED: September 29, 2008

_____
GEORGE H. KING
United States District Judge